# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES F. BROWN,

    VS                                              CASE NO. 3:05cv437/LAC/MD

JAMES MCDONOUGH, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   March 2, 2007
Type of Motion/Pleading: MOTION TO SUPPLEMENT PETITIONER'S REPLY TO RESPONDENT'S RESPONSE TO ORDER TO SHOW CAUSE
Filed by: PETITIONER   on 3/1/07   Document 24
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                                on _____  Doc.# _____
                                                on _____  Doc.# _____
                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                /s/ Teresa Cole
                                                Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 2nd day of March, 2007, that:

(a)   The requested relief is GRANTED.
(b)   Petitioner's supplement will be considered.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.