**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMES FONDREN BROWN,**
        **Petitioner,**

**v.**                                                        **No.   3:05cv437/LAC/MD**

**JAMES R. MCDONOUGH,**
        **Respondent.**

_____

**O R D E R**

　　　**This cause comes on for consideration upon the magistrate judge's report and recommendation filed on October 26, 2007.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1)(B), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

　　　**Having considered the report and recommendation and the objections thereto, I have determined that the report and recommendation should be adopted.**

　　　**Accordingly, it is now ORDERED as follows:**

　　　**1.       The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

　　　**2.       The amended petition for writ of habeas corpus (doc. 9) challenging the convictions and sentences in *State of Florida v. James Fondren Brown*, in the Circuit Court of Escambia County, Florida, case number 99-383, are DENIED and the clerk is directed to close the file.**

　　　**DONE AND ORDERED this 19ᵗʰ day of December, 2007.**

                                        s/*L. A. Collier*
                                        _____
                                        **LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE**